STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**CATIA NICHOLLE HERNANDEZ RIVERA**　　　　　　　　　Case No.　24-03449-EAG

　　　　　　　　　　　　　　　　　Chapter 13　　　Attorney Name:　ROBERTO FIGUEROA CARRASQUILLO*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Substitute

**Date & Time:**　9/25/2024　8:20:00AM

[X] R　[ ] NR　LV: to be determined

**ACP:**　3　　　Unsecured Pool:　0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

NONE

## II. Oath Administered

[X] Yes　　　[ ] No

## III. Plan

**Date:**　08/19/2024　　**Base:**　$24,292.00　Payments 1 made out of 1 due.

**Confirmation Hearing Date:**　10/25/2024　2:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

$4,000.00　-　$1,077.00　=　$2,923.00

## IV. Status of Meeting

[X] Closed　　　[ ] Not Held　　　[ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:3

[X] Other:

3

STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**CATIA NICHOLLE HERNANDEZ RIVERA**  Case No. 24-03449-EAG

Chapter 13    Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote |   [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**CATIA NICHOLLE HERNANDEZ RIVERA**  Case No. 24-03449-EAG

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

**COMMENTS**

**MATTER(S):**

**ISSUE WITH SECTION (Tax returns), §1325(a)(9):**

(1) IRS tax returns: Provide evidence of filing federal taxes for the years 2020 and 2021.

(2) State tax returns:

**ISSUES WITH LIQUIDATION VALUE, §1325(a)(4)::**

(1) In SOFA, line 18 and 19 debtor has listed various transfers made between January 2023 through year 2024:

- 2000 Honda civic/ received $1,000 on October 2023;
- 2005 Kidron inc. trailer/ received $14,000 on January 2023;
- 1997 freighter Truck received/ 25,000 on August 2023; 2010;
- International prostar premium truck/ no money was received; 2024;
- SRJ inc./ DBA Punto Frio sport bar transfer equipment inventory 8,410 for payment of rent due an early contract cancellation 7/2022.

Debtor is to submit to trustee value/comparable documents of the value of the 2000 Honda Civic, 2005 Kidron trailer, freighter truck and international prostar truck at the time of transfer in order to review transactions. Also, debtor is to submit a detailed list of the equipment from the sports bar and value at the time of transfer. Trustee will evaluate transfers under §548. Until then, liquidation value is to be determined.

**OTHER:**

(1) SOFA line 27 does not informed if businesses Wise Transport still operating.

(2) Provide evidence of the maturity date of the vehicle loan in order to verify step-up payment proposed in part 2.1 of the plan.

(3) Provide evidence of filing corporative taxes for 2020 and 2021 for the sport bar.

**s/Ana Deseda**  Date: 09/25/2024

**Trustee/Presiding Officer**  (Rev. 02/11)