IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CATIA NICHOLLE HERNANDEZ RIVERA

DEBTOR(S)

CASE NO. 24-03449-EAG

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ to be determined

3. The general unsecured pool is :$ 0.00

PLAN DATE: August 19, 2024     PLAN BASE: $24,292.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 10/25/2024

☐ FAVORABLE     [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**Per preliminary investigation by trustee, the same vehicle is sold in Puerto Rico between $10,000 -$35,000. Debtor to provide value of similar vehicle at the time of transfer in Puerto Rico to establish value. Also, debtor to provide color photographs of the transferred truck. Debtor is asked whether the debtor as transferor and Yariel Cartagena as transferee are willing to enter into a tolling agreement of the statute of limitations of Section 546 with trustee in order to consider the vehicle sold for liquidation value purposes.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA